# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LARRY DOTSON,

     Plaintiff,

v.

FRANK GAY SERVICES, LLC,

     Defendant.

CASE NO.

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441(a), Defendant, FRANK GAY SERVICES, LLC (hereinafter "FGS"), by and through its undersigned counsel, hereby gives notice of removal of the case styled *Larry Dotson v. Frank Gay Services, LLC,* Case No. 2023-CA-012127-O, currently pending in the Circuit Court for the Ninth Judicial Circuit, in and for Orange County, Florida (the "State Court Action"), to the United States District Court for the Middle District of Florida, Orlando Division. As grounds, FGS states as follows:

1.    On or about May 13, 2023, Larry Dotson ("Plaintiff") filed his Complaint with the Ninth Judicial Circuit, in and for Orange County, Florida, initiating the State Court Action. The Summons and Complaint were served upon FGS on May 18, 2023.

2.    Pursuant to 28 U.S.C. § 1446(b), a true and legible copy of all processes, pleadings, motions and orders on file with the State Court Action is attached hereto as

**Exhibit A.**

3.      Pursuant to 28 U.S.C. § 1446(b), FGS has timely filed this Notice of Removal within thirty days after receipt of a copy of Plaintiff's initial pleading.

4.      Removal to this Court is proper under 28 U.S.C. § 1446(a) because the United States District Court for the Middle District of Florida, Orlando Division, is the district and division within which the Circuit Court for the Ninth Judicial Circuit in and for Orange County, Florida, is located.

5.      Pursuant to 28 U.S.C. § 1446(d), FGS has provided written notice of the filing of this Notice of Removal to Plaintiff and has filed a true and correct copy of this Notice of Removal with the Clerk of the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida. *See* **Exhibit B.**

### I.      FEDERAL QUESTION JURISDICTION

6.      This Court has original jurisdiction over this action based on a federal question pursuant to 28 U.S.C. § 1331, and therefore, this action is properly removable under 28 U.S.C. § 1441(a).

7.      In applying that statutory provision, "[t]he presence or absence of federal question jurisdiction is governed by the 'well-pleaded complaint rule,' which provides that federal jurisdiction exists only when a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Caterpillar, Inc. v. Williams*, 482 U.S. 386 (1987).

8.      Plaintiff's Complaint arises out of his employment with Defendant.  The

Complaint alleges two (2) causes of action under 42 U.S.C. § 1981.  *See* **Exhibit A**, Complaint.

9.    Accordingly, this Court has original federal question jurisdiction over Plaintiff's Complaint pursuant to 28 U.S.C. § 1331 and this case is properly removable under 28 U.S.C. § 1441. *See* **Exhibit A**, Complaint.

**WHEREFORE,** Defendant, FGS respectfully requests that this Court take jurisdiction of this action and issue all necessary orders and processes to remove *Larry Dotson v. Frank Gay Services, LLC,* Case No. 2023-CA-012127-O, currently pending in the Circuit Court for the Ninth Judicial Circuit, in and for Orange County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division.

DATED:  June 7, 2023.          Respectfully submitted,

*/s/ Ignacio J. Garcia*
Ignacio J. Garcia; FBN: 423440
Marielly Abzun; FBN: 1011245
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, FL 33602
T: 813-289-1247; F: 813-289-6530
iggy.garcia@ogletree.com
marielly.abzun@ogletree.com
denise.banach@ogletree.com
karen.ygnelzi@ogletree.com
lorene.harris@ogletree.com
TAMDocketing@ogletree.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 7, 2023, the foregoing was filed with the

Clerk of Court via CM/ECF, and a copy was served via e-mail on the following:

Amanda E. Heystek, Esq.; Daniel E. Kalter, Esq.
WENZEL FENTON CABASSA, P.A.
1110 N. Florida Avenue, Suite 300, Tampa, FL 33602
aheystek@wfclaw.com; dkalter@wfclaw.com
Secondary: rcooke@wfclaw.com; aketelsen@wfclaw.com; tsoriano@wfclaw.com
*Attorneys for Plaintiff*

/s/ *Ignacio J. Garcia*
Attorney